-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

PETER YOUNG, 08R0331,

        Plaintiff,

    -v-

DOCTOR CANFIELD, ET AL.,

        Defendants.

———————————————————————

DECISION AND ORDER
11-CV-6007CJS

By Order dated January 19, 2011, plaintiff was directed to provide additional information to complete his request to proceed *in forma pauperis* (Order, Docket No. 3, attached hereto). Plaintiff is hereby granted an extension of time to provide the Court with the requested information.

By **May 18, 2011**, plaintiff must **either** submit the supplemental application form with a completed and signed prison certification **or** pay the full filing fee of $350.00. Plaintiff is forewarned that failure to comply with this Order by either submitting the supplemental application with a signed certification section or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this Order by **May 18, 2011**, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

    SO ORDERED.

Dated:     APR. 11, 2011
            Rochester, New York

                                              /s/ Charles J. Siragusa
                                              CHARLES J. SIRAGUSA
                                              United States District Judge

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PETER YOUNG, 08R0331,

        Plaintiff,

        -v-                                    11-CV-6007CJS
                                                  **ORDER**

DOCTOR CANFIELD, NURSE JOHN DOE,
and SOUTHPORT CORRECTIONAL FACILITY
HOSPITAL,

        Defendants.

---

    Plaintiff has submitted a complaint to the Court and seeks permission to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In order for the Court to grant the request, it needs sufficient information on which to base its determination.

    Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request, because plaintiff has neglected to have prison officials complete the required prison certification section of the application form, without which the Court cannot grant the request and put the case forward. Because this section of the application form must be completed and signed by a prison official, plaintiff may have until **February 25, 2011** to submit a supplementary application which includes a completed prison certification section.

    The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **February 25, 2011**, plaintiff must **either** submit the supplemental application form with a completed and signed prison certification **or** pay the full filing fee of $350.00. Plaintiff is forewarned that failure to comply with this Order by either submitting the supplemental application with a signed certification section or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this Order by **February 25, 2011**, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:   January 19, 2011
         Rochester, New York