


-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PETER DAVID YOUNG, 08R0331,

Plaintiff,

-v-

DOCTOR CANFIELD, NURSE JOHN DOE, and SOUTHPORT CORRECTIONAL FACILITY HOSPITAL,

Defendants.

DECISION AND ORDER
11-CV-6007CJS

By Order dated May 16, 2011, the Court directed Plaintiff to either file an amended complaint or otherwise complete the initial complaint that he filed (Docket No. 7). Plaintiff has not complied with the Order and by letter to the Court indicates that he did not receive the May 16, 2011, Order (Docket No. 8). Plaintiff's time to respond to the Order has now expired.

Plaintiff will be given additional time to respond to the Court's May 16, 2011 Order. Plaintiff may have until **December 12, 2011** to respond to the Order and provide the requested information.

The Clerk of the Court is directed to send plaintiff with this Order a copy of the May 16, 2011, Order (Docket No. 7), original complaint (Docket No. 1), a blank § 1983 prisoner complaint form, and the instructions for preparing an amended complaint.

In the event that plaintiff fails to comply with the May 16, 2011 Order by **December 12, 2011**, the complaint shall be dismissed without prejudice without further order of the Court.

SO ORDERED.

Dated: October 28, 2011
Rochester, New York

Charles J. Siragusa

CHARLES J. SIRAGUSA
United States District Judge